COMMONWEALTH of Pennsylvania,
Appellee,

v.

Fernando L. RIVERA, Appellant.

Supreme Court of Pennsylvania.

Argued May 16, 2007.
Decided June 8, 2007.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.